UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVERESTUS ONUWA, as Conservator for
DIVINE ONUWA, a minor,

    Plaintiff,                                               Case No.

v.                                                                      Hon.
                                                             Mag.


OAKWOOD HEALTHCARE, INC. d/b/a
BEAUMONT HOSPITAL, *et al.*

    Defendants.
_____/

## CERTIFICATE OF SCOPE OF EMPLOYMENT

Pursuant to 42 U.S.C. § 233, and by virtue of the authority vested in the United States Attorney for the Eastern District of Michigan by the Attorney General under 28 U.S.C. § 510 and 28 C.F.R. § 15.3, and re-delegated to me by the administrative directive of the United States Attorney, I hereby certify that:

1.    I have read the Complaint in this action.

2.    On the basis of the information now available with respect to the allegations made in the complaint, and pursuant to 42 U.S.C. § 233(c), I find that Dr. Tanya Wynn and Dr. Luna Alkhafaji were acting within the course and scope of

1

their employment with Western Wayne Family Health Centers at the time of the conduct alleged in the Complaint, and are deemed employees of the United States.

                                          SAIMA S. MOHSIN
                                          Acting United States Attorney

                                          *Peter A. Caplan*

                                          PETER A. CAPLAN
                                          Chief, Civil Division
                                          Office of the U.S. Attorney
                                          Eastern District of Michigan
                                          211 W. Fort Street, Suite 2001
                                          Detroit, MI 48226-3211
                                          (313) 226-9782

Date:  March 30, 2021